UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jian Chen, individually and on behalf of All Other Employees Similarly Situated,

        Plaintiff,

- against -

New King's Wok Kitchen, Inc. d/b/a King's Wok, and Fang Lin,

        Defendants.

Case No. 1:17-cv-07440-RWS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and Defendants that Plaintiff, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action, with prejudice and without an award of costs and disbursements.

Dated: Flushing, New York
       January 15, 2018

| HANG & ASSOCIATES, PLLC | Law Offices of Robert L. Kraselnik, PLLC. |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Ge Qu, Esq. | Robert Louis Kraselnik |
| 136-20 38th Ave., Suite #10G | 40-08 Case Street, 2nd Floor |
| Flushing, New York 11354 | Elmhurst, NY 11373 |
| Telephone: (718) 353-8522 | (646) 342-2019 |
| Email: rqu@hanglaw.com | Email: robert@kraselnik.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |