UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jian Chen, individually and on behalf of All Other Employees Similarly Situated,<br><br>        Plaintiff,<br><br>  - against -<br><br>New King's Wok Kitchen, Inc. d/b/a King's Wok, and Fang Lin,<br><br>        Defendants. | Case No. 1:17-cv-07440-RWS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and Defendants that Plaintiff, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action, with prejudice and without an award of costs and disbursements.

Dated: Flushing, New York
   January 15, 2018

HANG & ASSOCIATES, PLLC

By: _____
Ge Qu, Esq.
136-20 38th Ave., Suite #10G
Flushing, New York 11354
Telephone: (718) 353-8522
Email: rqu@hanglaw.com
*Attorneys for Plaintiff*

Law Offices of Robert L. Kraselnik, PLLC.

By: _____
Robert Louis Kraselnik
40-08 Case Street, 2nd Floor
Elmhurst, NY 11373
(646) 342-2019
Email: robert@kraselnik.com
*Attorney for Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/18

So ordered
Sweet USDJ
1-18-18